# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2015

Robert P. Young, Jr.,
Chief Justice

150051

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

DEPARTMENT OF NATURAL
RESOURCES AND ENVIRONMENT,
      Plaintiff-Appellee,

v

SC: 150051
COA: 314336
Ingham CC: 11-000156-CE

STREFLING OIL COMPANY, STREFLING
REAL ESTATE INVESTMENTS #1, LLC
and RONALD G. STREFLING,
      Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the July 29, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2015



Clerk

t0422